# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Tyrone B. Hill,** | Civil No. 06-4497 (PJS/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **Marty C. Anderson,** **Orlando Maldonado,** **Tammy Matzke,** | |
| Defendants. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion to dismiss, or in the alternative, for summary judgment (Doc. No. 19) is **GRANTED.**

2. Hill's motion to amend his complaint (Doc. No. 30) is **DENIED AS MOOT.**

3. All claims in this matter are **DISMISSED WITH PREJUDICE.**

4. This litigation be closed and judgment entered.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 5th day of February, 2008.

                                                   s/Patrick J. Schiltz
                                                 PATRICK J. SCHILTZ
                                                 United States District Judge